# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | 5:07-CV-00442 (CAR) |
| **FIRST GROWTH CAPITAL, INC.,** | : | |
| Defendant. | : | |

## ORDER ON APPROVING THE PROCEDURES FOR WINDING UP AND TERMINATING THE RECEIVERSHIP

This matter came before the Court on the Motion for an Order Approving the Procedures for Winding Up and Terminating the Receivership [Doc. 32] filed by the United States Small Business Administration ("SBA") as Receiver ("Receiver") for First Growth Capital, Inc. ("First Growth"). After careful consideration and having been duly advised on the merits of the Motion, the Court The Receiver's Motion is **GRANTED** in its entirety. The Court hereby **ORDERS AND DECREES** the following.

The Receiver's agents will perform all final administrative and accounting tasks necessary to windup and close the First Growth receivership estate in an orderly manner, and to discharge the Receiver and its agents. These tasks will include, but are not limited to, finalizing the receivership accounting books and records, arranging for the return of control of First Growth to its sole shareholder, Krisgit, Inc., remitting payments and/or assigning assets from the estate as funds permit, and delivering First Growth's post-receivership records to the Federal Records Center.

The Court approves and confirms the form and manner of the procedures for winding up and closing the First Growth receivership as set forth in the motion filed by the Receiver. Within ninety (90) days of receipt of notification of the entry of this Wind-Up Order, the Receiver and its agents shall perform and finalize any and all administrative and accounting tasks necessary to implement the provisions of this Wind-Up Order in order to windup and terminate the First Growth receivership and discharge the Receiver, its agents, attorneys, contractors, the SBA, and its employees, and all other persons who have acted on the Receiver's behalf.

Any and all expenses associated with the windup and closing procedures shall be and are hereby chargeable and payable as administrative expenses of the First Growth receivership. The Receiver is hereby authorized to prepay monies to the Receiver's agents, accountants and others to facilitate the closing of the receivership after the First Growth receivership bank account is closed. Any funds not expended in the closing of the First Growth receivership shall be remitted to SBA in partial satisfaction of unpaid administrative expenses in accordance with this Court's January 21, 2010 Order.

The Receiver is hereby ordered to transfer and/or assign all the remaining assets of First Growth, whether legal or equitable, acquired through stock purchases, mortgage, pledge, assignment, delivery or otherwise, whether real property, personal property or mixed to Krisgit, Inc. The transfer and assignment documents will provide for the unconditional assignment, transfer and delivery of the assets to Krisgit, Inc., as set forth in the Receiver's Memorandum of Law in Support of its Motion for an Order Approving the Procedures for Winding Up and Terminating the Receivership.

This Court hereby appoints and authorizes either Christine Rishty, Principal Agent for the Receiver, or Charlotte Johnson, Financial Analyst, Office of SBIC Liquidation, or such other agent or employee as SBA in its sole discretion shall designate, to sign and execute on behalf of, and as agent for, the Receiver, any and all papers necessary to effect any transfer(s) and assignment(s) to SBA as described in paragraph 5, above, and (ii) sign and execute on behalf of, and as agent for, any and all papers necessary to wind up and close the First Growth receivership.

Within ninety (90) days after receiving notification of the entry of the Wind-Up Order by the Court, the Receiver shall transfer and deliver the accounting records of the First Growth receivership that may be necessary to prepare and file tax returns, including the tax return(s) for 2009 and any that may become due after the termination of the First Growth receivership to First Growth's sole shareholder.

Any files not delivered to, or not accepted by, the sole shareholder of First Growth shall be transferred to SBA and delivered to the Federal Record Center. SBA is authorized to dispose of these records and files six years from the date of entry of the proposed Order. In the event that First Growth's sole shareholder wishes to obtain copies of such documents, the sole shareholder is ordered to serve a written request upon SBA, to the attention of Charlotte Johnson, Financial Analyst, Office of SBIC Liquidation, Investment Division, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416 within six years after the entry of the Wind-Up Order.

The Receiver is hereby authorized and ordered to surrender First Growth's SBIC license to the SBA, to the attention of Charlotte Johnson, Financial Analyst, Office of SBIC Liquidation, Investment Division, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor,

Washington, D.C. 20416, and the SBA is hereby authorized to revoke said license upon entry of this Wind-Up Order.

Upon completion of the tasks set forth in this Wind-Up Order, the Receiver is hereby ordered to file a Final Receiver's Report with this Court which Report shall confirm that the Receiver has completed the procedures enumerated in the Wind-Up Order for winding up and closing the First Growth receivership estate. The Receiver is further ordered to attach, as an exhibit to the Final Receiver's Report, a Final Cash Receipts and Disbursements Summary from the date of inception of the First Growth receivership, March 11, 2008, through the date of the closing of the First Growth bank account and/or the last date of activity by the Receiver.

Control of First Growth will be unconditionally transferred and returned to its sole shareholder, Krisgit, Inc., which transfer shall not be effective unless and until the Receiver has completed its duties under this Order and unless and until this Court enters an Order discharging the Receiver.

The Receiver is hereby ordered to serve a copy of this Wind-Up Order upon the sole shareholder of First Growth.

As explained above, the Receiver's Motion is **GRANTED** in its entirety.

**SO ORDERED,** this 27th day of July, 2010.

                                              S/ C. Ashley Royal
                                              C. ASHLEY ROYAL, JUDGE
                                              UNITED STATES DISTRICT COURT

THC